***E-FILED - 10/28/08***

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and JOE SMITH, Revenue Officer,** | No. 5:08-cv-4709-RMW |
| **Petitioners,** | |
| v. | **ORDER TO SHOW CAUSE RE: JUDICIAL APPROVAL OF LEVY UPON PRINCIPAL RESIDENCE** |
| **ROBERT A. PETERSON,** | |
| **Respondent.** | |

Good cause having been shown by the petitioner upon its petition filed in the above-entitled proceeding, it is hereby:

**ORDERED** that respondent Robert A. Peterson appear before this Court on the ___12___ day of __December__, 2008, at _9:00 a_ .m, in Courtroom No. ___6___, _4th_ Floor, United States District Court, __San Jose Division___, _____, California, and then and there show cause, if any, why the IRS should not be granted approval to levy upon respondent's principal residence, and provide documents and testimony, if any, which demonstrates that (26 C.F.R. § 301.6334-1(d)(2)):

    A.    The underlying liability has been satisfied;

    B.    Respondent has other assets from which the liability can be satisfied; or

    C.    The Internal Revenue Service did not follow the applicable laws or procedures pertaining to the levy; and it is further

1  **ORDERED** that a copy of this Order to Show Cause, together with a copy of the aforementioned
2  petition and supporting declarations, be served upon said respondent in accordance with Rule 4 of the
3  Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of this Order above
4  specified; and it is further

5  **ORDERED** that within twenty-one (21) days before the return date of this Order, respondent
6  may file and serve a written response to the petition, supported by appropriate affidavit(s) or
7  declarations(s) in conformance with 28 U.S.C. § 1746, that the petitioner may file and serve a written
8  reply to such response, if any, within fourteen (14) days before the return date of this Order, and only
9  those issues raised by the pleadings will be considered on the return date of this Order, and only those
10 issues raised by motion or brought into controversy by the responsive pleadings and supported by
11 affidavit(s) or declaration(s) will be considered at the return of this Order, and any uncontested allegation
12 in the petition will be considered admitted.

13  ORDERED this __28__ day of __October__, 2008, at __San Jose__, California.

_____ for
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

] Order To Show Cause Re: Judicial Approval
of Levy Upon Principal Residence (No.                     - 2 -