E-filed: 2/9/2009

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA., | No. C-08-04709 RMW |
| Petitioner, | JUDGMENT |
| v. | |
| ROBERT A. PETERSON, | |
| Respondent. | |

By its order dated February 9, 2009, the court granted petitioner the United States's petition for judicial approval of a levy on the respondent's principal residence.

Accordingly, judgment is entered in favor of petitioner and against respondent. The clerk shall close the file. The petitioner shall serve a copy of this judgment on the respondent.

DATED: 2/9/2009

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

JUDGMENT
No. C-08-04709 RMW
TSF

1  **Notice of this document has been electronically sent to:**

2  **Counsel for United States:**

3  Thomas M. Newman            thomas.newman2@usdoj.gov

4

5  **Defendant:**

6  (no appearance)

7  Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program in each action.

8

9  **Dated:**     2/9/2009                                                  TSF
                                                                **Chambers of Judge Whyte**